UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLD,<br><br>Defendant. | Case No. 2:17-cv-02973-MMD-PAL<br><br>ORDER<br><br>(Demand Security Costs – ECF No. 10) |

Before the court is SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 10). Having reviewed and considered the matter,

**IT IS ORDERED THAT** SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 10) is **GRANTED** and Wells Fargo Bank, N.A., as Trustee for the Certificate-Holsers of Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5 shall post a $500.00 cost bond with the court on or before **February 9, 2018.**

DATED this 10th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE