MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Wells Fargo Bank,
N.A., as Trustee for the Certificate-Holders
of Banc of America Alternative Loan Trust
2006-5, Mortgage Pass-Through
Certificates, Series 2006-5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff. | Case No.: 2:17-cv-02973-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**[SECOND REQUEST]** |

Plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificate-Holders of Banc of America Alternative Loan Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 (**Wells Fargo**) and defendant SFR Investments Pool 1, LLC (**SFR**) stipulate to extend the dispositive motions deadline for twenty-eight (28) days as follows:

/ / /

1

46035891;1 /
46455643;1

1. Nationstar filed its complaint on November 30, 2017 asserting a quiet title/declaratory judgment and injunctive relief against SFR. (ECF No. 1.)

2. The court entered a discovery plan and scheduling order on May 3, 2018, setting an August 15, 2018 dispositive motion deadline. (ECF No. 16.)

3. SFR filed a motion to dismiss Nationstar's complaint on January 29, 2018. (ECF No. 14.) Nationstar filed a response to SFR's motion to dismiss on May 9, 2018. (ECF No. 22.) SFR filed its reply on May 16, 2018. (ECF 24.)

4. The court granted SFR's motion to dismiss in part and denied the motion in part on August 6, 2018. (ECF No. 27.) In its ruling, the court found the HOA is a necessary party to the case, allowing Wells Fargo fifteen (15) days to file an amended complaint. (*Id.*)

5. Wells Fargo's deadline to file an amended complaint is August 21, 2018, five (5) days after the dispositive motion deadline of August 16, 2018.

6. SFR answered the first amended complaint, filed a counterclaim against Wells Fargo and filed a cross-claim against new parties Jose Batres and Maria Batres on August 24, 2018 (ECF No. 33.)

7. Wells Fargo answered SFR's counterclaim on September 14, 2018. (ECF No. 39.)

8. To date, the HOA's deadline to file a responsive pleading has not yet passed, nor has the Batreses deadline to answer the cross-claim passed.

9. The parties stipulate to extending the dispositive motion deadline for an additional twenty-eight (28) days, up to and including October 19, 2018, which will allow time for the HOA and the Batreses to appear. At a minimum, Wells Fargo and SFR believe the HOA will appear. If the HOA makes an appearance, the parties anticipate conducting a supplemental Rule 26(f) conference to determine if the HOA needs additional time for discovery, and the parties may request an additional extension of the dispositive motion deadline to the extent necessary to accommodate the HOA's late appearance in the case.

/ / /

/ / /

46035891;1 /
46455643;1

1. 10. The parties do not file this stipulation with the intent to delay, but to ensure all parties have adequate time to present their full cases in dispositive motion briefing.

Dated: September 20th, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Wells Fargo Bank, N.A., as Trustee for the Certificate-Holders of Banc of America Alternative Loan Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for defendant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   September 24  , 2018