**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
T. Chase Pittsenbarger
Nevada Bar No. 13740
E-mail: cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Savannah Place Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; SAVANNAH PLACE HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02973-MMD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendant Savannah Place Homeowners' Association (the "Association") and Plaintiff Wells Fargo Bank, N.A. (the "Bank")(collectively, the "Parties") by and through their respective counsel stipulate and agree as follows:

1. On August 10, 2018, the Bank filed a First Amended Complaint [ECF No. 29] asserting claims against the Association.

2. The Association's responsive pleading was due by September 21, 2018.

3. The Parties have agreed to extend the Association's deadline for its responsive pleading to and including **October 5, 2018** to allow the Association's insurance carrier adequate time to process the claim.

**LEACH KERN GRUCHOW ANDERSON SONG**
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

4. This is the Parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

Stipulated and agreed to this 25th day of September, 2018.

| | |
|---|---|
| **Leach Kern Gruchow Anderson Song** | **Akerman, LLP** |
| */s/ T. Chase Pittsenbarger* | */s/ Donna Wittig* |
| Sean L. Anderson | Melanie D. Morgan |
| Nevada Bar No. 7259 | Nevada Bar No. 8215 |
| T. Chase Pittsenbarger | Donna Wittig |
| Nevada Bar No. 13740 | Nevada Bar No. 11015 |
| 2525 Box Canyon Drive | 1635 Village Center Circle, #200 |
| Las Vegas, NV 89128 | Las Vegas, NV 89134 |
| *Attorneys for Savannah Place Homeowners' Association* | *Attorneys for Wells Fargo Bank, N.A.* |

**IT IS SO ORDERED** this 28th day of September, 2018.

_____
**U.S. MAGISTRATE JUDGE**